JAMES BARRY *v.* POSI-SEAL INTERNATIONAL, INC.

On consideration of the conditional petition by the defendant for certification for appeal from the Appellate Court, 40 Conn. App. 577 (AC 12101), it is hereby ordered that no action is necessary on this petition. See the order of this court denying the plaintiff's petition for certification to appeal.

*Mark R. Kravitz, Ian E. Bjorkman* and *Bonnie L. Patten,* in support of the petition.

*Harry E. Calmar,* in opposition.

Decided May 28, 1996

STATE OF CONNECTICUT *v.* LAWAUN JENKINS

The defendant's petition for certification for appeal from the Appellate Court, 40 Conn. App. 601 (AC 13340), is denied.

*David M. Wallman,* in support of the petition.

*Ronald G. Weller,* deputy assistant state's attorney, in opposition.

Decided May 28, 1996

STATE OF CONNECTICUT *v.* GREGORY KING

The defendant's petition for certification for appeal from the Appellate Court, 40 Conn. App. 757 (AC 13766), is denied.

*Mark Diamond,* special public defender, in support of the petition.

Decided May 28, 1996